BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:14-MJ-00033-CMK |
| Plaintiff, | ORDER CONTINUING COURT TRIAL |
| v. | |
| O.B. CAVANAUGH, | |
| Defendant. | |

It is hereby ordered that the court trial scheduled for January 22, 2015 at 1:30 p.m. is continued to January 28, 2015 at 1:30 p.m.

Dated: January 12, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1